UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                  :
JOHN WILEY & SONS, INC.,          :   12 Civ. 6500 (WHP)
                                  :
            Plaintiff,            :   ORDER
                                  :
      -against-                   :
                                  :
JOHN DOE NOS. 1-27,               :
                                  :
            Defendants.           :
----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/12

WILLIAM H. PAULEY III, District Judge:

Defendant John Doe No. 2 ("Doe No. 2") moves to quash the subpoena served on his or her internet service provider, Time Warner Cable, and dismiss the case. According to Doe No. 2, his or her daughter—and not Doe No. 2—infringed Plaintiff's copyright. But that averment does not support dismissing this action or quashing the subpoena. And this court has rejected motions to quash in similar cases. See, e.g., John Wiley & Sons, Inc. v. John Doe Nos. 1-44, 12 Civ. 1568 (WHP), 2012 WL 3597075, at *1 (S.D.N.Y. Aug. 21, 2012). Accordingly, Doe No. 2's motion is denied, and Time Warner Cable is directed to disclose Doe No. 2's identity. The Clerk of the Court is directed to terminate the motion pending at ECF No. 7.

Dated: October 18, 2012
       New York, New York

                                          SO ORDERED:

                                          _____
                                          WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of Record:*

Benjamin D. Liebowitz, Esq.
William I. Dunnegan, Esq.
Dunnegan & Scileppi LLC
350 Fifth Avenue
New York, NY 10118
*Counsel for Plaintiff*